

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 20-mj-8035-GCS |
| MARTIN PADILLA, | ) Title 18 United States Code |
| Defendant. | ) Sections 922(g)(1) |

## CRIMINAL COMPLAINT

I, Matt Inlow, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### FELON IN POSSESSION OF A FIREARM

On or about March 6, 2020, in Madison County, within the Southern District of Illinois,

**MARTIN PADILLA,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Possession of A Controlled Substance, on or about January 22, 2018, in Madison County Illinois Circuit Court Case No. 2017CF003197, did knowingly possess firearms, to wit: a Browning, 10 Gauge Shotgun, Bearing Serial Number 02842NWR91, St. Louis Arms, Double Barrel 12 Gauge Shotgun, bearing serial number 14163, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001. Your affiant was previous employed as a United States Secret Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On March 6, 2020, I was working along with the United States Marshals Fugitive Task Force to execute arrest warrants and probation warrants. Specifically, the United States Marshals Fugitive Task Force was assisting the Illinois State Police by executing a felony possession of controlled substance and a felony possession of stolen firearm Arrest Warrant, for Martin PADILLA.

2. PADILLA's residence was identified as 2919 Harding, Granite City, Illinois, in the Southern District of Illinois. PADILLA had previously listed 2919 Harding, Granite City, Illinois as his residence with Multiple Law Enforcement Agencies at the time of his previous arrests.

3. On March 6, 2020, Agents arrived at 2919 Harding, Granite City, Illinois and knocked on the door announcing Police in an attempt to make contact with PADILLA. PADILLA opened the door for Law Enforcement and was taken into custody. PADILLA permitted Law Enforcement to enter his residence to search for additional persons. While Law Enforcement searched the residence for additional persons, a

Browning, 10 Gauge Shotgun, Bearing Serial Number 02842NWR91 and a St. Louis Arms, Double Barrel 12 Gauge Shotgun, bearing serial number 14163, were observed in plain view laying on top of a mattress that was standing on its side in the back bedroom of the residence. No other individuals were located inside the residence.

4. PADILLA then provided Law Enforcement with consent to search his residence. Law Enforcement recovered the two previously identified firearms, an alleged Methamphetamine Pipe, and a Digital Scale. Law enforcement also recovered a small quantity of suspected marijuana on PADILLA's person.

5. PADILLA was interviewed by Law Enforcement and informed Agents that he did not want to speak with Law Enforcement.

6. PADILLA was convicted of a felony punishable by imprisonment for a term exceeding one year, being Possession of Controlled Substance, on or about January 22, 2018, in Madison County Illinois Circuit Court Case No. 2017CF003197.

7. The firearms and ammunition were photographed and collected as evidence. The firearms, a Browning, 10 Gauge Shotgun, Bearing Serial Number 02842NWR91 and a St. Louis Arms, Double Barrel 12 Gauge Shotgun, bearing serial number 14163, were not manufactured in the state of Illinois, and therefore travelled in or affected interstate commerce prior to PADILLA's possession of the firearm.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Matthew R. Inlow
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

*Alexandria Burns*
_____
Alexandria M. Burns
Assistant United States Attorney

State of Illinois         )
                          ) SS.
County of St. Clair       )

Sworn on the 9th day of March 2020, in East Saint Louis, Illinois, within the Southern District of Illinois.

_____
Gilbert C. Sison
United States Magistrate Judge